OPINION — AG — UNDER THE PROVISIONS OF HOUSE BILL NO. 741, IF A PROCESSOR SELLS THE DAIRY PRODUCTS TO AN INDEPENDENT AND UNRELATED DISTRIBUTOR, WHO IN TURN SELLS THE PRODUCT TO A RETAIL DEALER, THEN IN THIS SITUATION BOTH THE PROCESSOR AND DISTRIBUTOR MUST FILE A SCHEDULE OF PRICES WITH THE STATE DEPARTMENT OF AGRICULTURE. CITE: 2 O.S. 1961 419.1-419.8 [2-419.1] — [2-419.8] (LEE COOK)